IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER A. HARVEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D13-2452

BLOSSOM M. DAVIS,

      Appellee.

_____/

Opinion filed August 18, 2014.

An appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

Walter A. Harvey, pro se, Appellant.

Blossom M. Davis, pro se, Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, ROWE, and MAKAR, JJ., CONCUR.